DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NICHOLAS SCHULTZ,**
Appellant,

v.

**FLORIDA DEPARTMENT OF CHILDREN AND FAMILIES,** et al.,
Appellees.

No. 4D2025-1766

[April 2, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Caryn Siperstein, Judge; L.T. Case No. 502024CA008357XXXAMB.

Nicholas Schultz, Chattahoochee, pro se.

James Uthmeier, Attorney General, Tallahassee, and Christopher Michael Sutter, Senior Assistant Attorney General, Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and CONNER, JJ., concur.

\*       \*       \*

***Not final until disposition of timely-filed motion for rehearing.***